In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-081 CV 


______________________


 

IN RE ALEX MELVIN WADE, JR.






Original Proceeding






MEMORANDUM OPINION


 Alex Melvin Wade, Jr. filed a petition for writ of mandamus and motion for temporary
relief. Wade alleges that he is a residential tenant, that his landlord obtained a writ of
possession from a justice court, that he appealed to a county court at law and requested a
hearing to establish a zero fair market value for the premises for purposes of a bond for
appeal to the county court at law, and that he filed a petition for temporary and permanent
injunction in a district court. Relator has not shown that a writ of mandamus should issue
against a judge of a district or county court in this district, nor has he shown that a writ of
mandamus should issue to protect our jurisdiction. See Tex. Gov't Code Ann. § 22.221
(Vernon 2004). The petition for writ of mandamus is denied. The motion for temporary
relief is denied as moot. 

 WRIT DENIED. 

 PER CURIAM


Opinion Delivered February 9, 2007

Before Gaultney, Kreger, and Horton, J.J.